**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>SOMMER FISCHER<br><br>Debtor(s) | Case No. 15-25726 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/29/2015.

2) The plan was confirmed on 09/16/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/25/2016.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $925.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$925.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $886.77 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $38.23 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$925.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 298.32 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 4,268.04 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | NA | 4,268.04 | 4,268.04 | 0.00 | 0.00 |
| AMCA | Unsecured | 21.38 | NA | NA | 0.00 | 0.00 |
| AMERICAN WEB LOAN | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING | Unsecured | NA | 12.34 | 12.34 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 686.87 | 737.11 | 737.11 | 0.00 | 0.00 |
| BLUEGRASS PHARMACY | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CAP1 | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 3,858.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 2,363.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1,618.00 | NA | NA | 0.00 | 0.00 |
| Continental Finance | Unsecured | 634.14 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 737.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 11.32 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 4,327.00 | 4,327.53 | 4,327.53 | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| DEBT MANAGEMENT PROGRAM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER STUDENT LOANS | Unsecured | 4,772.27 | 2,317.03 | 2,317.03 | 0.00 | 0.00 |
| DISCOVER STUDENT LOANS | Unsecured | NA | 2,431.65 | 2,396.11 | 0.00 | 0.00 |
| EAR NOSE AND THROAT ASSOC SC | Unsecured | 210.10 | NA | NA | 0.00 | 0.00 |
| EXPERT GLOBAL SOLUTIONS | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| FIRST ACCESS | Unsecured | 519.62 | NA | NA | 0.00 | 0.00 |
| FIRST SOURCE ADVANTAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| HOWARD HERMAN MD | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 909.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| I C Systems Collections | Unsecured | 614.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Collections | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |
| IL DERMATOLOGY INSTITUTE | Unsecured | 15.04 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 68.44 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 3,075.13 | 3,064.70 | 3,064.70 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 1,189.00 | 1,230.74 | 1,230.74 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 908.04 | 968.38 | 968.38 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,651.45 | 2,412.83 | 2,412.83 | 0.00 | 0.00 |
| JAMES M CHESLOE | Unsecured | 3,142.66 | 3,142.66 | 3,142.66 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 550.80 | 550.80 | 550.80 | 0.00 | 0.00 |
| KATERJI PEDIATRIC NEUROLOGY & | Unsecured | 129.58 | NA | NA | 0.00 | 0.00 |
| LABASH & LABASH | Unsecured | 170.00 | 170.00 | 170.00 | 0.00 | 0.00 |
| LOUIS A SORTO JR MD | Unsecured | 34.81 | NA | NA | 0.00 | 0.00 |
| MACYS | Unsecured | 1,793.00 | NA | NA | 0.00 | 0.00 |
| MACYS DEPARTMENT STORE CLAIM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD & ASSOC | Unsecured | 270.05 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 605.82 | 605.82 | 605.82 | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 10,594.19 | 10,527.80 | 10,527.80 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 102.03 | 102.03 | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILITY | Unsecured | 176.19 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICINE | Unsecured | 28.85 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 49.06 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 63.57 | NA | NA | 0.00 | 0.00 |
| PALOS MEDICAL GROUP | Unsecured | 15.28 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC FACULTY FOUNDATION | Unsecured | 313.13 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 686.41 | NA | NA | 0.00 | 0.00 |
| PRONGER SMITH | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| Radiant Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SCR LABORATORY PHYSICIANS SC | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| SCR LABORATORY PHYSICIANS SC | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| SHELDON SEIDMAN DDS | Unsecured | 266.50 | NA | NA | 0.00 | 0.00 |
| SOBEL MEDICAL ASSOCIATES | Unsecured | 190.57 | NA | NA | 0.00 | 0.00 |
| THE NEW YORK TIMES | Unsecured | 43.20 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 491.11 | 451.11 | 451.11 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,268.04 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,268.04** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,199.12 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,199.12** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$30,817.87** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $925.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$925.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/18/2016                   By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**